**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL ALVAREZ LOPEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Respondents. | Case No. 26-cv-04729-BAS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 7)** |

Petitioner Raul Alvarez Lopez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his immigration custody. (ECF No. 1.) The Government demonstrated that Petitioner was scheduled for a bond hearing in Immigration Court on September 1, 2026. (ECF No. 3.) Therefore, the Court ordered Petitioner to show cause as to whether there are any outstanding issues and why this Petition should not be dismissed. (ECF No. 6.)

The next day, the parties filed a Joint Motion to Dismiss. (ECF No. 7.) The Joint Motion shows that Petitioner was granted bond and released from immigration custody. (*Id.*) Accordingly, the Court **GRANTS** the Joint Motion to Dismiss and **DISMISSES WITHOUT PREJUDICE** this action. The Clerk of Court shall close the case.

**IT IS SO ORDERED**

**DATED: September 9, 2026**

Cynthia Bashant

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**